1  Law Offices of
   GEORGE C. BOISSEAU
2  State Bar Number 75872
   740 4th Street
3  Second Floor
   Santa Rosa, California 95404
4  Phone: (707) 578-5636
   Fax: (707) 578-1141
5  E-Mail: boisseaugc@msn.com

6  Attorney for Defendant
   DAWN McCANN

7

8                    UNITED STATES DISTRICT COURT

9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )      CR-12-0406-MMC
12
                  Plaintiff,        )      STIPULATION AND [~~PROPOSED~~]
13                                  )      ORDER AUTHORIZING
   v.                               )      OUT-OF-DISTRICT TRAVEL
14                                  )
   DAWN McCANN,                     )
15                                  )
                  Defendant.        )
16 _____ )

17

18         Upon the request of the defendant, DAWN McCANN, by and through defendant's

19  counsel of record, George C. Boisseau, and upon agreement of the United States and Pre-Trial

20  Services, and good cause appearing because defendant has a family vacation planned in

21  Southern California which may require travel in both the Central and Southern District of

22  California,

23         Defendant shall be allowed to travel to the Central and Southern Districts of California

24  for her family vacation from December 21, 2012 to January 2, 2013.  Pre-Trial Services shall

25  impose any reasonable conditions upon defendant while she is staying in the Central and

26  Southern Districts of California in their discretion.

27         Defendant shall in advance advise Pretrial Services of her travel plans and Pretrial

28  Services may set reasonable conditions on defendant's travel in their discretion.

1     ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO

2    REMAIN UNCHANGED.

3     SO STIPULATED.

4     Dated: December 17, 2012

5                    /s/

                      GEORGE C. BOISSEAU

6

7                      Attorney for Defendant

                      DAWN McCANN

8

     IT IS SO STIPULATED.

9

10    Dated: December 17, 2012                /s/

11                      KEVIN BARRY

                      Assistant United States Attorney

12

13                  ORDER

14     GOOD CAUSE APPEARING,

15     Defendant shall be allowed to travel to the Central and Southern Districts of

16    California for her family vacation from December 21, 2012 to January 2, 2013.  Pre-Trial

17    Services shall impose any reasonable conditions upon defendant while she is staying in

18    Southern California in their discretion.

19     Defendant shall in advance advise Pretrial Services of her travel plans and Pretrial

20    Services may set reasonable conditions on defendant's travel in their discretion.

21     ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO

22    REMAIN UNCHANGED.

23     IT IS SO ORDERED.

24     Dated:  12/19/12

25

26

27

28

2